IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RICKY SMITH, | * |
| Plaintiff, | * |
| vs. | *   No. 4:10cv1557 SWW |
| ARKANSAS HIGHWAY POLICE, a division of the ARKANSAS STATE HIGHWAY AND TRANSPORTATION DIVISION, a public body corporate; and RONNIE BURKS, individually and as Chief of the Arkansas Highway Police, | * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought it denied.

IT IS SO ORDERED this 13th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE