IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICKY SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv1557 SWW |
| | * | |
| | * | |
| ARKANSAS HIGHWAY POLICE, a | * | |
| division of the ARKANSAS STATE | * | |
| HIGHWAY AND TRANSPORTATION | * | |
| DIVISION, a public body corporate; and | * | |
| RONNIE BURKS, individually and as | * | |
| Chief of the Arkansas Highway Police, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought it denied.

IT IS SO ORDERED this 13th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE